IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:05CR 197-F |
| v. | ) | [18 USC 922(g)(1)] |
| JOE CARROLL ZIGLAR a/k/a | ) | |
| JOE CARROLL ZEIGLER | ) | INDICTMENT |

FILED
SEP - 8 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The Grand Jury charges:

## COUNT 1

On or about March 22, 2005, in Montgomery County, within the Middle District of Alabama,

JOE CARROLL ZIGLAR a/k/a
JOE CARROLL ZEIGLER,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1330 | Theft of Property (1st Degree) |
| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1331 | Theft of Property(1st Degree) |
| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1332 | Theft of Property (2nd Degree) |
| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1333 | Theft of Property (1st Degree), Burglary (3rd Degree) |

** NAME AMENDED ON 12/21/06 PER ORDER OF COURT DOC. #45.

| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1334 | Theft of Property (1st Degree), Burglary (3rd Degree) |
| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1335 | Theft of Property (1st Degree), Burglary (3rd Degree) |
| October 11, 2000 | Circuit Court of Montgomery County, Alabama | CC-2000-1336 | Theft of Property (1st Degree), Burglary (3rd Degree) |

did knowingly possess in and affecting commerce firearm, to-wit: a Smith and Wesson, Model 1249, .38 Special Revolver, serial number 85080, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

JOE CARROLL ZIGLAR a/k/a
JOE CARROLL ZEIGLER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Smith and Wesson, Model 1249, .38 Special Revolver, Serial Number 85080.**

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred, sold to, or deposited with a third person;

2

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or,

(5)  has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney