**COURTROOM DEPUTY'S MINUTES**  **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE                                  DATE: September 16, 2005
❏ BOND HEARING
❏ DETENTION HEARING                                Digital Recording 2:50 - 2:59
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker    DEPUTY CLERK: Joyce Taylor
CASE NO. 2:05cr197-F                                       DEFENDANT NAME: Joe Carroll Zeigler
AUSA: Tommie Hardwick                                DEFT. ATTY: Robert Illman
                                                  Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
USPO/USPTS:   Ron Thweatt
Interpreter needed: (√) NO; ( )YES   Name:

___

| | |
|---|---|
| √ | Date of Arrest September 16, 2005 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
|   | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE:   September 23, 2005 |
| √ | WAIVER of Speedy Trial.   CRIMINAL TERM: 2/13/06 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |