| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 17, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:52 - 3:53 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr197-F | **DEFENDANT(S)** Joe Carroll Zeigler |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | |
| | * Donnie Bethel | |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   No pending motions

☐ **PLEA STATUS:**
   Defendant will plea
   Plea date - Feb. 6, 2006

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**