| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 20, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:16 - 3:17 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:05cr197-LSC     **DEFENDANT(S)** Joe Carroll Zeigler

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * * * * * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Open plea to be entered - Intent to change plea to be filed before end of today
    Last plea date - 2/6/06

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**