IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr197-LSC |
| | ) | |
| JOE CARROLL ZEIGLER | ) | |

## **ORDER**

The defendant, JOE CARROLL ZEIGLER, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, JOE CARROLL ZEIGLER, appear with counsel before the undersigned Magistrate Judge on January 27, 2006 at 2:00 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE