| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 27, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 2:00 - 2:16 | |
| | **COURT REPORTER:** Mitchell Reisner | |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr197-LSC   **DEFENDANT NAME:** Joe Carroll Zeigler
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
(√) standing in for Donnie Bethel

**PTSO/USPO:** Doug Mathis
Interpreter present? (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender.** Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
  √ **Guilty as to:**
    √ Count(s):   1 of the Indictment
    ☐ Count(s):       ☐ dismissed on oral motion of USA
            ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment**
☐ **CRIMINAL TERM:**      ☐ **WAIVER OF SPEEDY TRIAL** filed.
    **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond;  ☐ summons; for:
    ☐ Trial on _____;  ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel