IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr197-C |
| | ) | |
| JOE CARROLL ZEIGLER | ) | |

<u>MOTION FOR FORFEITURE HEARING</u>

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a forfeiture hearing prior to sentencing and submits the following:

The Defendant plead to Count 1 of the indictment at the change of plea hearing on January 27, 2006. Forfeiture of the weapon named in the forfeiture allegation of the indictment was not addressed at this hearing.

Based on the above, the United States moves this Court to conduct a forfeiture hearing prior to Defendant's sentencing which is now scheduled on May 30, 2006.

Respectfully submitted this the 27th day of February, 2006.

                                    FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

                                    /s/John T. Harmon
                                    John T. Harmon
                                    Assistant United States Attorney
                                    Bar Number: 7068-II58J
                                    Office of the United States Attorney
                                    Middle District of Alabama
                                    One Court Square, Suite 201
                                    Montgomery, Alabama 36104
                                    Telephone:(334) 223-7280
                                    Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2006, I electronically filed the foregoing Motion for Forfeiture Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Donnie Bethel** and **Tommie Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J