IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | CR. NO. 2:05cr197-C |
| ) | |
| JOE CARROLL ZEIGLER ) | |

### MOTION FOR FORFEITURE HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a forfeiture hearing prior to sentencing and submits the following:

The Defendant plead to Count 1 of the indictment at the change of plea hearing on January 27, 2006. Forfeiture of the weapon named in the forfeiture allegation of the indictment was not addressed at this hearing.

Based on the above, the United States moves this Court to conduct a forfeiture hearing prior to Defendant's sentencing which is now scheduled on May 30, 2006.

Respectfully submitted this the 27th day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

**MOTION DENIED AS MOOT**

THIS  10th  DAY OF   March   , 20 06

   /s/ L. Scott Coogler
**UNITED STATES DISTRICT JUDGE**