IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:05-cr-197-LSC |
| ) | |
| JOE CARROLL ZEIGLER ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Joe Carroll Zeigler, by and through undersigned counsel, Donnie W. Bethel, and as grounds for this Motion, states as follows:

1. Sentencing in the above-referenced case is scheduled for 10:30 a.m. on May 30, 2006.

2. The undersigned attorney will be attending the annual Advanced Assistant Federal Defender training from May 30 through June 2. The training is a once-a-year event and is not offered at any other time.

3. Based on the above, the Defendant respectfully requests that the sentencing be continued.

Respectfully submitted this 4th day of April, 2006.

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-197-LSC |
| | ) | |
| **JOE CARROLL ZEIGLER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49