# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-197-LSC |
| ) | |
| JOE CARROLL ZEIGLER ) | |

### SECOND MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, **JOE CARROLL ZEIGLER**, through undersigned counsel, Donnie W. Bethel, and respectfully moves this Court for an Order continuing the sentencing hearing in this case. In support of this motion, the Defendant would show the following:

1. Sentencing in this case is scheduled for 20 days from today, at 2:45 p.m. on June 29, 2006.

2. Due to the relocation of the United States Probation Office and the heavy caseload of the Probation Officer assigned to this case, the Presentencing Investigation Report has not yet been completed.

3. Defendant's Counsel will be in Georgia at the National Criminal Defense College from June 11th through June 24th; he will return to the Federal Defenders' Office on June 26th. He will have no opportunity to review the Presentencing Investigation Report until at least June 26th.

4. Mr. Zeigler requests that his sentencing hearing be continued so that he and his counsel will have adequate time to review the Report after it is completed and after his counsel has returned to Alabama.

5. Both the Probation Officer and the United States, through Assistant United States Attorney Tommie Hardwick, concur in Mr. Zeigler's request for a continuance.

**MOTION GRANTED**

THIS __22nd__ DAY OF __June__, 20 __06__

/s/ L. Scott Coogler

**UNITED STATES DISTRICT JUDGE**