UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | **2:05-cr-197-LSC** |
| | ] | |
| JOE CARROLL ZEIGLER, | ] | |
| Defendant. | ] | |

**O R D E R**

The above named defendant is rescheduled for a SENTENCING HEARING for **9:30 a.m. on Thursday, August 31, 2006,** in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 13th day of July 2006.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019