# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| vs. | ] | 2:05-CR-197-LSC |
| | ] | |
| | ] | |
| Joe Carroll Zeigler, | ] | |
| | ] | |
| Defendant. | ] | |

## O R D E R

This action is rescheduled for a SENTENCING HEARING for **10:00 a.m. on Monday, December 18, 2006,** in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 17<u>th</u> day of <u>October 2006</u>.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

124019