PS-12C
(8/03)

# United States District Court

for

Middle District of Alabama

Petition for Warrant/Summons and Report for Defendant
Under Pretrial Release Supervision

RECEIVED
2006 NOV -3  P 1:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Defendant: Joe Carroll Zeigler                     Case Number: 2:05cr197-LSC

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: September 16, 2005

Original Offense: Possession of a Firearm by a Convicted Felon

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from any use of alcohol; Report any law enforcement contact; Refrain from possession of any type of drug paraphernalia; Travel restricted to the Middle District of Alabama; undergo medical or psychiatric treatment and/or remain in an institution as follows: as directed by the probation officer

Assistant U.S. Attorney: Tommie Hardwick                  Defense Attorney: Donnie Wayne Bethel

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition # 1: "The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case." | On October 29, 2006, Montgomery Police responded to a domestic violence report at 4108 Wares Ferry Road, Montgomery, AL 36109. The victim, Erin Ivins, reported to officers that she and Zeigler were in a verbal argument at which time Zeigler grabbed a kitchen knife and put it to her throat. According to the police report, there were no signs of injuries on either subject, however, both subjects were reportedly "very intoxicated". Zeigler was arrested and charged with Domestic Violence/Menacing. |
| Condition # 7(o): "The defendant shall refrain from any use of alcohol." | On October 29, 2006, Montgomery Police responded to a domestic violence report at 4108 Wares Ferry Road, Montgomery, AL 36109. According to the police report, Zeigler was found to be in an intoxicated state. Zeigler was arrested and transported to the Montgomery City Jail. |

Supervision history of defendant and actions taken by officer: Barring the instant violations, Zeigler has performed satisfactorily while on pretrial supervision. When questioned by this officer at the Montgomery City Jail, Zeigler stated that he wanted to start serving his time.

PS 12C
(8/03)

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X]  revoked.
[ ]  No action.
[ ]  The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *(signature)*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: November 3, 2006

Reviewed and approved: *(signature)*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*(signature)*
Signature of Judicial Officer

11/6/06
Date