IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO.  2:05cr197-LSC |
| ) | |
| JOE CARROLL ZEIGLER ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed December 18, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding them to deliver Joe Carroll Zeigler, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on December 18, 2006, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done, this 18th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE