**NONJURY TRIAL SHEET**

UNITED STATES OF AMERICA

vs.

JOE CARROLL ZEIGLER

**Case Number:** 2:05-CR-197-LSC

**COURTROOM NOTES:** SENTENCING HEARING held before the Honorable L. Scott Coogler, USDJ - Dft's exhibits 1-3 rec'd - exh #3 UNDER SEAL; Court notes on the record that the correct spelling for this defendant is Ziglar - govt to file motion to correct; Court's exhibits 1-7 rec'd; Sentence imposed - Dft remanded to custody of USM - Court (oral) ORDER DISMISSING petition (doc. 34) to revoke bond - Adjourned /adf

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| | |

AUSA Tommie Hardwick

TRIAL DATES: 12/18/2006: 11:45 - 12:00

Dft's Atty  Donnie Bethel

PO Doug Mathis

COURTROOM DEPUTY:   Ann Fox

COURT REPORTER : Jimmy Dickens