**STYLE:** USA v. Joe Carroll Zeigler  
**CASE NUMBER:** 2:05-CR-197-LSC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS — **SENTENCING HEAIRNG 12/18/2006**<br>PLAINTIFF / GOVERNMENT / **DEFENDANT** / COURT / JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | X | | | | | | | X | Letter from Zig Ziglar |
| | 2 | X | | | | | | | X | Letter from Laurie Magers |
| | 3 | X | | | | | | | X | UNDER SEAL - Forensic psych exam report |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |