STYLE: USA v. Joe Carroll Zeigler   CASE NUMBER: 2:05-CR-197-LSC

EXHIBITS

**SENTENCING HEAIRNG 12/18/2006**

PLAINTIFF

**GOVERNMENT**

DEFENDANT

COURT

JOINT

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | Exhibits |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | X | | | | | | | X | Previous conviction CC00-1330 |
| | 2 | X | | | | | | | X | CC00-1331 |
| | 3 | X | | | | | | | X | CC00-1332 |
| | 4 | X | | | | | | | X | CC00-1333 |
| | 5 | X | | | | | | | X | CC00-1334 |
| | 6 | X | | | | | | | X | CC00-1335 |
| | 7 | X | | | | | | | X | CC00-1336 |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |