IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:05cr197-MEF |
| | ) |
| JOE CARROLL ZIGLAR a/k/a | ) |
| JOE CARROLL ZEIGLER | ) |

**UNOPPOSED MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On September 8, 2005, the Grand Jury for the Middle District of Alabama returned an indictment against Defendant Joe Carroll Zeigler.

2. On December 18, 2006, Defendant acknowledged in open court that the correct spelling of his last name should be Ziglar. The United States respectfully moves to amend the style of the case and pleadings to reflect the correct spelling of the defendant's last name which is Ziglar, and to include the alias Joe Carroll Zeigler on the Judgment and all other pleadings.

Respectfully submitted this 18th day of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

**MOTION GRANTED**

THIS  21st  DAY OF  December  , 20 06

/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE