2:05cr197

March 26, 2007

Dear Honorable Judge Coogler,

RECEIVED
2007 MAR 28  A 10:08
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

My name is Joe Carroll [REDACTED]. I appeared in your courtroom on December [illegible] for sentencing. Upon reflection of what transpired not only on that date, but in previous months with Don Bethel as my "defending" attorney, it is my strong desire to remove him from my counsel based upon numerous factors. I know nothing of the federal point system and I feel that he took advantage of that fact. I also believe that I can prove it.

For instance:

1. I was not given to keep and review a copy of my PSI. He flipped through the pages, but explained nothing to my comprehension.

2. He personally told me in the presence of his investigator that I had gone beyond mortal help.

3. He spoke nothing of downward departures due to diminished mental capacity. I have been a mental patient since 1988.

4. My 1999 & 2000 convictions for Burglary III were not [illegible] and that alone would pull me out of career criminal status.

5. What happened during that week to ten days was a "crime spree" due to addiction. I feel that crimes committed over that short of a period of time, only to stop and never be repeated, does not constitute a "career".

I hereby and humbly request that my court appointed defender be removed from my case and a new one be assigned who will at least show a vigorous attempt to help me gain relief.

Please inform me of your decision, sir.

Sincerely,
Joe C Zigler

D/O/B  11-28-64
VSM#  11780-002