UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| Plaintiff(s), | ] | 2:05-CR-197-LSC |
| vs. | ] | |
| JOE C. ZIGLAR, | ] | |
| Defendant(s). | ] | |

Order

This matter is before the Court on defendant's letter requesting that the Court order his court-appointed counsel be removed and new counsel be appointed for him.

The record in this case reflects that this case is closed and there is nothing pending for which defendant needs counsel. Therefore, defendant's request that court-appointed counsel be removed is **MOOT** and his request that new counsel be appointed is hereby **DENIED**.

Done this <u>25th</u> day of <u>May 2007</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153