AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: JOE CARROLL ZIGLAR a/k/a Joe Carroll Zeigler
Case Number: 2:05-CR-0197-LSC

RECEIVED
2007 JUN 28 P 12: 12

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED EIGHTY (180) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to his family in Montgomery, AL.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED
JUL - 5 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on __05/29/07__ to __TALLADEGA AL__ at __FCI TALLADEGA__, with a certified copy of this Judgment.

_____J. Skroyer_____
United States Marshal

By _____
Deputy Marshal