In the District Court of the United States
For the Middle District of Alabama
Northern

RECEIVED 2008 APR 29 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Joe Carroll Ziglar,
   Petitioner,

v.

United States of
America
   Respondant

Civil Action #
2:07cv632-MEF

## Petition for Writ of Habeas Corpus

Comes now Petitioner, Joe Carroll Ziglar, pro-se, in compliance with Federal Rules of Civil Procedure.

1. This Court has jurisdiction pursuant to this case.
2. Petitioner was involuntarily placed in Talladega Correctional Institution on May 30, 2007 by order of the District Court.
3. Petitioner believes that he is being deprived of his freedom for invalid and illegal reasons.
4. Petitioner believes that his confinement is illegal because:
   a. law governing his sentence have been amended to his favor.
   b. Petitioner's § 2255 was submitted in July of 2007.

SCANNED
BMW 4/29

5. Petitioner is unable to afford counsel and would like the Office of the Public Defender or other counsel to be appointed to represent him in the above captioned matter.

Wherefore, Petitioner prays that this Court
1. Enter an order authorizing Petitioner's release from involuntary placement at the Talladega FCI, or;
2. Issue a writ of Habeas Corpus commanding Warden C. Reese of the FCI to produce the body of your Petitioner before this Honorable Court for a HEARING on this Petition for Writ of Habeas Corpus; and
3. Appoint the Office of Public Defender or other counsel to represent your Petitioner in these proceedings; and
4. For such and further relief as the nature of this cause may require.

date: _____          Joe C. Ziglar

Affidavit

I hereby certify that the above stated matters in the Petition for Writ of Habeas Corpus are true and correct to the best of my information, knowledge, and belief.

## Certificate of Service

I, Joe C. Ziglar, do send one copy of this Writ of Habeas Corpus to the:

1. Clerk of the Court, And
2. U.S. Attorneys

date  4-25-08

Signed,

Joe C. Ziglar