IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE CARROLL ZIGLAR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:07cv632-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

In a pleading styled as "Petition for Writ of Habeas Corpus," filed by petitioner on April 29, 2008 (Doc. No. 21), petitioner fails to identify specific grounds for relief. Accordingly, it is

**ORDERED** that on or before May 21, 2008, petitioner shall file with this court a supplemental pleading that

    1. plainly states whether, by his pleading styled as "Petition for Writ of Habeas Corpus," he is challenging the same conviction and sentence he challenges through his 28 U.S.C. § 2255 motion; and

    2. clarifies his claim that the "law governing his sentence [has] been amended to his favor" (Doc. No. 21 at 1) and plainly states the legal grounds upon which he claims he is entitled to relief.

It is further

**ORDERED** that the motion to appoint counsel contained in the instant pleading (Doc.

No. 21) is DENIED. The motion to appoint counsel may be reconsidered if warranted by further developments in this case.

Done this 30th day of April, 2008.

_____/s/Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE