12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 years. Pursuant to the Split Sentence Act, 10-year sentence suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund, and restitution in the amount of $1631.48. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.
  Defendant advised of right to appeal.

  Note: Defendant to be brought back before the Court prior to release from D.O.C. for probation conditions.

  _____ GENE REESE
  12-4-00

*[Handwritten annotations in margin: "Rec'd 12-4-00 Comp-"]*

*[Handwritten at bottom: "6/28/01 Notice of Completion of SAP and Request for Consideration of Probation"]*

12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 years. Pursuant to the Split Sentence Act, 10-year sentence suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund, and restitution in the amount of $Jurisd. reserv. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.

Defendant advised of right to appeal.

Note: Defendant to be brought back before the Court prior to release from D.O.C. for probations conditions

_____ GENE REESE

*Jurisdiction reserved to set restitution Amount

Rec'd 12-4-00 Comp.

6/28/01 Notice of Completion of SAP and Request for Consideration of Probation

12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 yrs. on each count. Pursuant to the Split Sentence Act, 10-year sentences suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund on each count and restitution in the amount of $2530.15. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.
Defendant advised of right to appeal.

Note: Defendant to be brought back before the Court prior to release from D.O.C. for probation conditions.

_____ GENE REESE

[Handwritten annotations: "Rec'd 12-4-00 Comp ✓"; "6/28/01 Notice of Completion of SAP and Request for Consideration of Probation"]

12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 yrs. on each count. Pursuant to the Split Sentence Act, 10-year sentences suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund on each count and restitution in the amount of $ ∅ . One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.
Defendant advised of right to appeal.

Note: Defendant to be brought back before the Court prior to release from D.O.C. for probation conditions.

_____ GENE REESE

Rec'd 12-4-00 Comp ✓

6/28/01 Notice of Completion of SAP and Request for Consideration of Probation

12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 yrs. on each count. Pursuant to the Split Sentence Act, 10-year sentences suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund on each count and restitution in the amount of $2741.65. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.
Defendant advised of right to appeal.

Note: Defendant to be brought back before the Court prior to release from D.O.C. for probation conditions.

_____ GENE REESE

*[Handwritten annotations: "Rec'd 12-4-00 Comp"; "6/28/01 Notice of Completion of SAP and Request for Consideration of Probation"; date "12-4-00"]*

12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 yrs. on each count. Pursuant to the Split Sentence Act, 10-year sentences suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund on each count and restitution in the amount of $ 2960.00. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.
   Defendant advised of right to appeal.

   Note: Defendant to be brought back before the Court prior to release from D.O.C. for probation conditions.

                                                    Eugene W Reese            GENE REESE
                                                    12-4-00

*Rec'd 12/4/00 Comp ✓*

6/28/01 Notice of Completion of SAP and Request for Consideration of Probation

12-01-00  The Defendant with attorney Valerie Smedley appeared for sentencing. The Court, having considered the Pre-sentence Investigation Report, and having asked the Defendant if he had anything to say prior to sentence and the Defendant saying nothing, he is sentenced to the Department of Corrections for 10 years. Pursuant to the Split Sentence Act, 10-year sentence suspended conditioned upon Defendant serving 3 years in the Department of Corrections followed by supervised probation for 3 years, or until all conditions are met, with terms and conditions to be set prior to release. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victim's Compensation Fund, and restitution in the amount of $___0___. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Sentence in this case to run concurrently with all other sentences Defendant is currently serving. Defendant ordered to receive maximum drug and alcohol treatment while incarcerated.
Defendant advised of right to appeal.

Note: Defendant to be brought back before the Court prior to release from D.O.C. for probation conditions.

*Rec'd 12/4/00 Comp.*

_____ GENE REESE
12-4-00

*6/28/01 Notice of Completion of SAP and Request for Consideration of Probation*